

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00442-CR

**IN RE** Henry **VICHIQUE**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

On July 8, 2025, relator filed his petition for writ of mandamus seeking an order compelling the trial court to rule upon a motion that he allegedly filed. Relator provides no evidence of having filed any motion. Having considered the petition and record before the court, the petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on July 16, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CC005994, styled *State of Texas v. Henry G. Vichique*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.